IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT AND MARLA NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-CV-00323-MJR-PMF |
| | ) | |
| CITY OF WATERLOO and WATERLOO | ) | |
| PARK DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants, City of Waterloo ("Waterloo"), moves the Court for a twenty-one (21) day extension of time to and including April 25, 2014, within which to file a responsive pleading to plaintiff's Complaint, UPON THE GROUNDS THAT:

1.      The undersigned attorneys have only recently been retained to defend Waterloo, and the additional time requested is necessary to study the Complaint and prepare an appropriate responsive pleading.

2.      Waterloo has conferred with plaintiff's attorney, Make Wagner of Clayborne Wagner Sabo LLP, and he has no objection to this request for extension of time.

WHEREFORE, defendant, City of Waterloo, moves the Court for an Order as aforesaid.

GREENSFELDER, HEMKER & GALE, P.C.

By:/s/William A. Schmitt_____
    William A. Schmitt, #02494655
    12 Wolf Creek Drive, Suite 100
    Swansea, IL   62226
    was@greensfelder.com
    Phone:  618-257-7308
    FAX:  618-257-7353

    ATTORNEY FOR DEFENDANT
    CITY OF WATERLOO

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above and foregoing was served upon the following attorneys of record by electronic mail via the CM/ECF System, on this 2nd day of April, 2014:

/s/William A. Schmitt